VENABLE LLP
William J. Briggs, II (*Pro Hac Vice* Pending)
Email: wjbriggs@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

STOEL RIVES LLP
David R. Goodnight (SBN 20286)
Email: drgoodnight@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7586
Facsimile: (206) 386-7500

Attorneys for Non-Party
Earvin "Magic" Johnson

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

**U.S. DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF WASHINGTON**

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMPSON, et al.,

Defendants.

CASE NO.: 2:16-CR-0145-TOR

*Hon. Thomas O. Rice*

**DECLARATION OF NATALIE WILSON IN SUPPORT OF NON-PARTY EARVIN "MAGIC" JOHNSON'S MOTION TO QUASH TRIAL SUBPOENA**

Date: October 5, 2017
Time: 9:00 a.m.
Courtroom: 902

Trial Date: October 16, 2017

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

**DECLARATION OF NATALIE WILSON**

I, Natalie Wilson, declare:

1. I make this declaration of personal, firsthand knowledge, and if called upon to testify thereto, I could and would testify as set forth below.

2. I am Earvin "Magic" Johnson's ("Mr. Johnson") Executive Assistant. I have been Mr. Johnson's Executive Assistant for approximately 13 years.

3. I have coordinated many of Mr. Johnson's paid appearances from 2004 to the present in my role as Executive Assistant. Generally, I receive all inquiries from individuals who wish to have Mr. Johnson appear at, or host, an event. I then provide the contract terms for the requested appearance, including fees, to the individual. If he or she still wishes to book Mr. Johnson for the event after I provide the terms, I inform Mr. Johnson of the event and ask whether he will agree to appear based on the proposed terms. If Mr. Johnson agrees to appear, I work with the individual requesting the appearance to confirm the details and finalize the contract.

4. On or about April 17, 2012, Patti Ziebell ("Ms. Ziebell") of The Dream Team Concierge, LLC ("The Dream Team Concierge") contacted me to ask whether Mr. Johnson would agree to host the Coeur d'Alene Celebrity Golf Shootout in Coeur d'Alene, Idaho on August 19, 2012. She requested that Mr. Johnson perform duties including: interviewing celebrities; providing commentary to ABC Sports; spending time with top sponsors and children; and presenting the award to the winner.

5. I proposed terms for Mr. Johnson's appearance, including the appearance fee of $750,000.00, and Ms. Ziebell agreed to these terms.

6. I asked Mr. Johnson whether he would be willing to participate based on the proposed terms, and he agreed.

7. I then coordinated with Ms. Ziebell to work out the details and to finalize the contract for Mr. Johnson's appearance. As part of our negotiations, I

informed Ms. Ziebell that my office must approve all documents and/or other materials with Mr. Johnson's name, image, and/or likeness before distribution.

8. The total contract price came to $778,600.00 with the appearance and transportation fees. The terms required a deposit of one-half of the total contract price at the time of signing the contract, with the balance due one week prior to the tournament.

9. I presented Mr. Johnson with the final contract, and he signed the contract on or about April 25, 2012. I provided the signed contract to Ms. Ziebell.

10. Ms. Ziebell paid a deposit of $100,000.00 to Magic Johnson Enterprises ("MJE") on or about May 11, 2012, in spite of the fact that it was less than the agreed-upon amount and paid after the signing date.

11. After the contract was signed, Ms. Ziebell and I communicated intermittently. On or about July 13, 2012, Ms. Ziebell notified me that the golf tournament had been cancelled because certain sponsors had withdrawn.

12. To my knowledge, Mr. Johnson has never communicated with any of the organizers, sponsors, guests, or other participants of the celebrity golf tournament about any matter related to his appearance at, or the cancellation of, the tournament.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 27th day of September, 2017, at Los Angeles, California.

Natalie Wilson

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

**PROOF OF SERVICE**

I hereby certify that on this 29th day of September, 2017, a copy of the foregoing was filed via the Court's CM/ECF system and delivered to all parties of record who have consented to service via the Court's CM/ECF system. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Joseph Harrington – Acting United States Attorney
Scott T. Jones, Assistant United States Attorney
Eastern District of Washington
P.O. Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

Dated: September 29, 2017

s/David R. Goodnight
David R. Goodnight, WSBA 20286
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7586
Facsimile: (206) 386-7500
Email: drgoodnight@stoel.com

Attorneys for Non-Party
Earvin "Magic" Johnson