VENABLE LLP
William J. Briggs, II ((*Pro Hac Vice* Pending)
Email: wjbriggs@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

STOEL RIVES LLP
David R. Goodnight (SBN 20286)
Email: drgoodnight@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7586
Facsimile: (206) 386-7500

Attorneys for Non-Party
Earvin "Magic" Johnson

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

**U.S. DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF WASHINGTON**

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMPSON, et al.,

Defendants.

CASE NO.: 2:16-CR-0145-TOR

*Hon. Thomas O. Rice*

**DECLARATION OF NON-PARTY EARVIN "MAGIC" JOHNSON IN SUPPORT OF MOTION TO QUASH TRIAL SUBPOENA**

Date: October 5, 2017
Time: 9:00 a.m.
Courtroom: 902

Trial Date: October 16, 2017

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

**DECLARATION OF EARVIN "MAGIC" JOHNSON**

I, Earvin Johnson, declare:

1. I make this declaration of personal, firsthand knowledge, and if called upon to testify thereto, I could and would testify as set forth below.

2. In approximately April 2012, my Executive Assistant, Natalie Wilson ("Ms. Wilson"), asked me if I would be interested in hosting a celebrity golf tournament scheduled for August 19, 2012 in Coeur d'Alene, Idaho in exchange for an appearance fee.

3. I told Ms. Wilson that I would agree to host and instructed her to confirm the details and finalize the contract. When Ms. Wilson advised me that the terms of the appearance agreement were acceptable, including a total fee of $750,000 for my appearance and $28,600 for transportation costs, I signed the agreement on or about April 25, 2012.

4. Ms. Wilson later informed me that a deposit of $100,000 towards my appearance fee was made in approximately May 2012. However, I understood that the agreement negotiated by Ms. Wilson required a deposit of one-half of the total appearance fee at the time of signing.

5. In July 2012, Ms. Wilson informed me that the tournament was cancelled due to lack of funding. I then instructed Ms. Wilson to turn the matter over to Counsel for Magic Johnson Enterprises, Michael Gould, to determine whether the organizers of the golf tournament breached the agreement.

6. I have never communicated with any of the organizers, sponsors, guests, or other participants of the August 19, 2012 Coeur d' Alene celebrity golf tournament about any matter related to my appearance at, or the cancellation of, the tournament. All of my communications about this event were solely with Ms. Wilson.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 27th day of September, 2017, at Los Angeles, California.

Earvin "Magic" Johnson

—

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

**PROOF OF SERVICE**

I hereby certify that on this 29th day of September, 2017, a copy of the foregoing was filed via the Court's CM/ECF system and delivered to all parties of record who have consented to service via the Court's CM/ECF system. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Joseph Harrington – Acting United States Attorney
Scott T. Jones, Assistant United States Attorney
Eastern District of Washington
P.O. Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

Dated: September 29, 2017

s/David R. Goodnight

David R. Goodnight, WSBA 20286
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7586
Facsimile: (206) 386-7500
Email: drgoodnight@stoel.com

Attorneys for Non-Party
Earvin "Magic" Johnson