UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO: 2:16-CR-0145-TOR-1, 2 |
| v. | |
| VASSILY ANTHONY THOMPSON, and DERRICK JOHN FINCHER, | PROTECTIVE ORDER |
| Defendants. | |

BEFORE THE COURT is the United States' Unopposed Motion for Protective Order (ECF No. 297). The motion was submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is fully informed.

A jury trial is scheduled to commence in this matter on January 29, 2018. The government now seeks a protective order governing the use of "hundreds of emails by FBI Agents and Analysts that are subject to the *Jencks* Act", explaining that the emails contain personal identifiers of victims, witnesses, the Defendants,

PROTECIVE ORDER ~ 1

and third parties, and that redaction of the information prior to trial is not practical. In its motion, the government represents that Defendants do not oppose the motion. (ECF No. 297 at 1, 2).  For good cause shown, the motion is granted.

Accordingly, IT IS HEREBY ORDERED:

1. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials contained in Bates series with first digit 2, 3, and 4 ("FBI emails.")

2. Defense counsel may show the FBI emails to the Defendants.

3. Defense counsel shall not provide original or copies of the FBI emails to the Defendants.

4. Defense counsel shall not otherwise provide original or copies of the FBI emails to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order.

5. The United States, defense counsel, and witnesses may reference existence and content of the FBI emails in open and closed court proceedings; provided however, any personally identifiable information be redacted before the materials are filed or disclosed to the jury.

1  The District Court Executive is hereby directed to enter this Order and
2  provide copies to counsel.
3  **DATED** January 26, 2018



THOMAS O. RICE
Chief United States District Judge

PROTECIVE ORDER ~ 3